## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| MACK INDUSTRIES, LTD., *et al.*, ) | Case No. 17-09308 |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Honorable Janet S. Baer |
| FKH SFR PROPCO B-HLD LP ) | |
| (FIRST KEY), ) | |
| ) | |
| Plaintiff and Counter-Defendant, ) | |
| ) | Adversary No. 22-00119 |
| v. ) | |
| ) | |
| ARIANE HOLTSCHLAG, as Chapter 7 ) | |
| Trustee for Mack Industries II, LLC, ) | |
| ) | |
| Defendant and Counter-Claimant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now FKH SFR PROPCO B-HLD LP (First Key), Plaintiff, and Ariane Holtschlag, as Chapter 7 Trustee for Mack Industries II, LLC (the "Trustee"), by their respective counsel and hereby stipulate and agree to the dismissal of Plaintiff's Complaint in Adversary Proceeding No. 22-119 (the "Complaint") with Prejudice for property known as 18823 Ashland Avenue, Homewood, Illinois. The Plaintiff and Trustee represent to the Court they have entered into a Settlement Agreement (the "Agreement"), the terms of which resolved the Plaintiff's Complaint and any claims asserted by the Trustee, respectively, in their entirety, such that said claims should be dismissed.

WHEREFORE, in accordance, the Plaintiff and Trustee, by their respective counsel, respectfully requests that the Court enter an Order dismissing the above-captioned adversary proceeding, with Prejudice and without costs and fees.

Date: August 16, 2023

Respectfully submitted,

*/s/ Jeffrey K. Paulsen*

Jeffrey K. Paulsen
THE LAW OFFICE OF WILLIAM J. FACTOR, LTD.
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Telephone: (312) 878-0969
Email: jpaulsen@wfactorlaw.com

*Attorneys for Ariane Holtschlag, Chapter 7 Trustee*

Date: August 21, 2023

*/s/ Mark R. Wenzel*

Mark R. Wenzel, Attorney No. 1797-49
AMUNDSEN DAVIS, LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 464-4128; Fax: (317) 464-4129
Email: Mwenzel@amundsendavislaw.com

*Attorneys for FKH SFR Propco B-HLD LP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties registered through the Court's Electronic Case Filing System (ECF). Parties may access this filing through the Court's system.

*/s/ Mark R. Wenzel*

2